Antonio Marra, Respondent, v. George A. Ray, Appellant.—Judgment and order affirmed, with costs. All concurred.

Albert G. Gotts, as Administrator, etc., of Anna E. Gotts, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.—Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Spring, J., who dissented upon the ground that plaintiff's intestate was not shown free from contributory negligence.

Guiseppa Vella and Antonio D'Angelo, as Administrators, etc., of Carmelo Vella, Deceased, Respondents, v. Sterling Salt Company, Appellant. — Judgment and order affirmed, with costs. All concurred.

Catharine Johnson, Appellant, v. Town of Frankfort, Respondent.— Judgment and order affirmed, with costs. All concurred.

Grace Bennett, Respondent, v. George W. Sutherland, as Executor, etc., of Eliza M. Thorn, Deceased, Appellant.—Judgment affirmed, with costs. All concurred.

James O. Sebring, Appellant, v. Michael A. Leary, Respondent.—Orders affirmed, with ten dollars costs and disbursements. All concurred.

John H. Mason, Respondent, v. The Buffalo Dredging Company, Appellant.—Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented.